■ SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY et al., Appellants, v ARCH SPECIALTY INSURANCE COMPANY, Respondent. [58 NYS3d 861]—Appeals having been taken to this Court by the above-named appellant from orders of the Supreme Court, New York County (Eileen A. Rakower, J.), entered on or about August 18, 2016, and November 9, 2016, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated July 13, 2017, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Andrias, J.P., Gische, Gesmer and Moulton, JJ.